# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE: DAWN A. SEGAL, MUNICIPAL : No. 158 EM 2015
COURT JUDGE, FIRST JUDICIAL   :
DISTRICT PHILADELPHIA COUNTY  :
                :
                :
PETITION OF: DAWN A. SEGAL   :

## ORDER

**PER CURIAM**

  **AND NOW**, this 22nd day of January, 2016, the Petition for the Allowance of a Subpoena Pursuant to Pa.R.J.A. 1701 is **GRANTED**.

  Mr. Justice Eakin did not participate in the consideration or decision of this matter.